UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Case No.  99-60376

v.                                  District Judge George Caram Steeh
                                     Magistrate Judge R. Steven Whalen

CARLTON W. WASHINGTON,

        Defendant.

_____/

**ORDER DISMISSING AS MOOT DEFENDANT'S
CLAIM FOR EXEMPTIONS RE: WRIT OF GARNISHMENT**

A hearing having been held on this matter on July 21, 2005, and Plaintiff having represented that the garnishees (Bank One and Michigan Department of Treasury) do not hold any of Defendant's assets, and are thus not subject to garnishment,

IT IS THEREFORE ORDERED that Defendant's Claim for Exemptions [Docket #16] is DISMISSED AS MOOT.

                                                      s/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated:  July 21, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 21, 2005.

s/Gina Wilson
Judicial Assistant

5:99-cv-60376-GCS Doc # 25 Filed 07/21/05 Pg 2 of 2 Pg ID 50